UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI CIVIL DIVISION

Margaret Radke,

    Plaintiff,

v.                                              Case No.:    19-cv-23915-BB

NCL (Bahamas) Ltd.,

    Defendant    /

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Margaret Radke provides notice that the case has been settled with Defendant NCL (Bahamas) Ltd. Plaintiff is presently awaiting settlement funds.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th** day of **May 2021** that I electronically filed the foregoing with the clerk of court using the Court's CM/ECF system, which will send notice of electronic filing to: **Kassandra Doyle Taylor, Esquire**, ktaylor@mcalpinconroy.com, McAlpin Conroy, 80 Southwest 8th Street, Suite 2805, Miami, Florida 33130, and **Todd L. Sussman, Esquire**, tsussman@nclcorp.com, 7665 Corporate Center Drive, Miami, FL 33126.

/s/ Jacob J. Munch
JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff, Radke*